PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Ladohn Courtney     Cr.: 12-00266-001
   PACTS #: 63032

Name of Sentencing Judicial Officer:    THE HONORABLE BRIAN R. MARTINOTTI
                                                               UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/30/2012
Date of Violation Sentence: 9/20/2021

Original Offense:    Felon in Possession of a Firearm, in violation of 18 U.S.C.§ 922(g)(1), a Grade C Felony

Violation Offense:    Alcohol/Narcotic Use; Failure to Comply with DMV Compliance; Association with Criminals/Felons; and Failure to Comply with the Location Monitoring Program

Original Sentence: 54 months' imprisonment, 36 months' supervised release
Violation Sentence: 14 months' custody, 22 months' supervised release

Special Conditions: Special Assessment, Substance Abuse Testing/Treatment, Supporting Dependents, Motor Vehicle Compliance

Type of Supervision: Supervised Release             Date Supervision Commenced: 11/05/2021

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1      **"Within 72 hours of release from custody of the Bureau of Prisons, you must report to the Probation Office in the district which you are released."**
     According to the Bureau of Prisons records, Courtney was released on November 5, 2021. After completion of his custodial sentence, Courtney failed to report within 72 hours of his release to the Probation Office. On November 17, 2021, the undersigned officer conducted an unannounced home inspection at Courtney's previously reported residence and located Courtney.

2      **"You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition."**

Prob 12A – page 2
Ladohn Courtney

On December 30, 2021, an unannounced home visit was conduct at Courtney's residence. The undersigned officer secured a urine specimen, which tested positive for marijuana, amphetamines, and methamphetamines. Courtney admitted to ingesting marijuana during a recording session. The urine specimen as sent to the national laboratory, and confirmed positive for marijuana, amphetamine, and methamphetamine.

On January 24, 2022, Courtney reported to Trinitas Hospital, a substance use treatment program, to complete his intake assessment. Courtney submitted a urine specimen which tested positive for marijuana, amphetamines, and methamphetamines. Courtney presented a medicinal marijuana card and reported applying for this card for pain management. Additionally, Courtney stated he was unable to stay for his assessment. Courtney was rescheduled for his intake for February 1, 2022.

On January 27, 2022, the undersigned officer conducted an unannounced home visit. Courtney submitted a urine specimen which tested positive for marijuana, amphetamines, methamphetamines, alcohol, and Oxycodone. Courtney admitted to consuming his medicinal marijuana and presented a prescription bottle of Oxycodone filled on January 20, 2022. The urine specimen was sent to the laboratory and results remain pending.

On February 1, 2022, the undersigned officer was notified that Courtney failed to report for his intake assessment as Trinitas. The undersigned officer contacted Courtney who stated he thought the appointment was scheduled for February 4, 2022. As a result, his intake appointment was rescheduled, which Courtney on February 4, 2022.

U.S. Probation Officer Action:

The Probation Office is recommending no Court action be taken at this time to allow Courtney the opportunity to attend substance abuse treatment, as recommended by the treatment program. In addition, the undersigned officer and the substance abuse program will be contacting Courtney's pain management doctor to discuss an appropriate pain management plan given his extensive substance abuse history. If his non-compliance continues, the Court will be notified immediately.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   ERIN A. DESILVA
       U.S. Probation Officer

/ ead

APPROVED:

*Elisa Martinez*                              02/07/22

_____
ELISA MARTINEZ                Date
Supervising U.S. Probation Officer

Prob 12A – page 3
Ladohn Courtney

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[XX] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

February 8, 2022
_____
Date